# Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** HSI

**City** Swampscott

**County** Essex

**Related Case Information:**
- Superseding Ind./Inf.:    Case No.:
- Same Defendant    New Defendant
- Magistrate Judge Case Number: 1:23-mj-6126-MPK
- Search Warrant Case Number: 1:23-mj-6125-MPK
- R 20/R 40 from District of:

## Defendant Information:

- **Defendant Name:** Kemal Mrndzic    **Juvenile:** ☐ Yes ☑ No
- Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
- **Alias Name:** Kemo
- **Address (City & State):** Swampscott, Massachusetts
- **Birth date (Yr only):** 1972    **SSN (last4#):** 1929    **Sex:** M    **Race:** W    **Nationality:** USA

**Defense Counsel if known:**    **Address:**

**Bar Number:**

## U.S. Attorney Information:

- **AUSA:** John T. McNeil/Jason Casey    **Bar Number if applicable:** 550473
- **Interpreter:** ☐ Yes ☑ No    List language and/or dialect:
- **Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No
- **Matter to be SEALED:** ☑ Yes ☐ No
- ☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

## Location Status:

**Arrest Date:**

- ☐ Already in Federal Custody as of _____ in _____.
- ☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
- ☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 05/16/2023    **Signature of AUSA:** *Digitally signed by JOHN MCNEIL Date: 2023.05.15 11:22:14 -04'00'*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Kemal Mrndzic a/k/a Kemo

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC §1001(a)(1) | falsifying, concealing, and covering up a material fact by trick, scheme, or device | Complaint |
| Set 2 | 18 USC §1542 | use of a fraudulently obtained passport | Complaint |
| Set 3 | 18 USC §1051(c) | use of a fraudulently obtained naturalization certificate | Complaint |
| Set 4 | 18 USC §1546(a) | possession and use of a fraudulently obtained authorization document | Complaint |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____